USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

JON R. MORGAN, on behalf of himself and
all others similarly situated,

                      Plaintiff,

        -v-

JA APPAREL CORP.,

                     Defendant.

-------------------------------------------------------------------X

1:19-cv-10303-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court has received Defendant's April 6, 2020 email to the Southern District of New York Mediation Office. *See* Exhibit A. In that email, Defendant submits that mediation is not necessary because Plaintiff had submitted a proposed order dismissing the action against Defendant. An email to the Mediation Office, cc'ing the Court's email account, is not an appropriate method to seek relief from the Court, nor does the Mediation Office have authority to relieve the parties of a court-ordered obligation to mediate. If the parties wish to seek relief from the Court, they must submit an application to the Court, in accordance with the Court's Individual Rules of Practice.

    SO ORDERED.

Dated: April 6, 2020

                                                     GREGORY H. WOODS
                                                     United States District Judge

# EXHIBIT A

# Woods NYSD Chambers

**From:** Porter, Russell L. <RLPorter@pbnlaw.com>
**Sent:** Monday, April 6, 2020 7:00 AM
**To:** Mediation Office NYSD; Hammill, Suzanne; 'jshalom@jonathanshalomlaw.com'; Wright, Kerri A.; Woods NYSD Chambers
**Subject:** RE: REMINDER: Please reply by April 4: Morgan v. JA Apparel Corp. - 1:19-cv-10303-GHW - Mediation Deadline of 4/27

Dear Sir or Madam:

We represent Defendant JA Apparel, Corp. ("JA") in the above-referenced matter. Please be advised that Plaintiff has filed a request to dismiss this action against JA. (See ECF Document No. 18). That application is currently pending before the Court. Accordingly, we respectfully submit that mediation is not necessary.

We thank you in advance for your time and consideration.

Respectfully,

Russell L. Porter

**From:** Mediation Office NYSD [mailto:MediationOffice@nysd.uscourts.gov]
**Sent:** Monday, April 06, 2020 9:02 AM
**To:** Hammill, Suzanne; 'jshalom@jonathanshalomlaw.com'; Wright, Kerri A.; Porter, Russell L.; Woods NYSD Chambers
**Cc:** Mediation Office NYSD
**Subject:** REMINDER: Please reply by April 4: Morgan v. JA Apparel Corp. - 1:19-cv-10303-GHW - Mediation Deadline of 4/27

**EXTERNAL MESSAGE**

Mediation Office
United States District Court
Southern District of New York
40 Foley Square, Suite 120
New York, New York 10007
(212) 805-0643
Email: MediationOffice@nysd.uscourts.gov
https://nysd.uscourts.gov/programs/mediation-adr

**From:** Mediation Office NYSD
**Sent:** Thursday, March 12, 2020 4:38 PM
**To:** Hammill, Suzanne <SHammill@pbnlaw.com>; 'jshalom@jonathanshalomlaw.com' <jshalom@jonathanshalomlaw.com>; Wright, Kerri A. <KAWright@pbnlaw.com>; Porter, Russell L. <RLPorter@pbnlaw.com>; Woods NYSD Chambers <WoodsNYSDChambers@nysd.uscourts.gov>
**Cc:** Mediation Office NYSD <MediationOffice@nysd.uscourts.gov>
**Subject:** Please reply by April 4: Morgan v. JA Apparel Corp. - 1:19-cv-10303-GHW - Mediation Deadline of 4/27

Dear Counsel, The judge extended your mediation deadline to 4/27. If you are resolving this matter on your own, please let us know. If not, please reply by April 4 with a date between 4/16-4/27 when all counsel and parties are available for mediation.

Many thanks!

Mediation Office
United States District Court
Southern District of New York
40 Foley Square, Suite 120
New York, New York 10007
(212) 805-0643
Email: MediationOffice@nysd.uscourts.gov
https://nysd.uscourts.gov/programs/mediation-adr

**From:** Mediation Office NYSD
**Sent:** Tuesday, January 21, 2020 4:24 PM
**To:** Hammill, Suzanne <SHammill@pbnlaw.com>
**Cc:** 'jshalom@jonathanshalomlaw.com' <jshalom@jonathanshalomlaw.com>; Wright, Kerri A. <KAWright@pbnlaw.com>; Porter, Russell L. <RLPorter@pbnlaw.com>; Woods NYSD Chambers <WoodsNYSDChambers@nysd.uscourts.gov>
**Subject:** RE: Morgan v. JA Apparel Corp. - 1:19-cv-10303-GHW - Joint request to extend mediation deadlines

Counsel, Thank you – This letter should be addressed to Judge Woods since he ordered the mediation deadlines in this case.

Mediation Office
United States District Court
Southern District of New York
40 Foley Square, Suite 120
New York, New York 10007
(212) 805-0643
Email: MediationOffice@nysd.uscourts.gov
https://nysd.uscourts.gov/programs/mediation-adr

**From:** Hammill, Suzanne <SHammill@pbnlaw.com>
**Sent:** Tuesday, January 21, 2020 4:20 PM
**To:** Mediation Office NYSD <MediationOffice@nysd.uscourts.gov>
**Cc:** 'jshalom@jonathanshalomlaw.com' <jshalom@jonathanshalomlaw.com>; Wright, Kerri A. <KAWright@pbnlaw.com>; Porter, Russell L. <RLPorter@pbnlaw.com>; Woods NYSD Chambers <WoodsNYSDChambers@nysd.uscourts.gov>
**Subject:** Morgan v. JA Apparel Corp. - 1:19-cv-10303-GHW - Joint request to extend mediation deadlines

To Whom It May Concern:

This firm represents Defendant JA Apparel Corp. in the above-referenced matter.  Attached please find the parties' joint request to extend mediation deadlines.

Respectfully,
Sue Hammill

**Suzanne Hammill**
**Senior Paralegal/New York Office Manager**
**PORZIO, BROMBERG & NEWMAN, P.C.**

**156 West 56th Street, Suite 803 | New York, NY 10019-3800**

**P: 646.348.6729 | F: 212.957.3983**
[shammill@pbnlaw.com](mailto:shammill@pbnlaw.com) **|** [www.pbnlaw.com](http://www.pbnlaw.com)

This electronic communication, including any authorized attachments, contains information from the law firm of Porzio, Bromberg & Newman, P.C., that may be legally privileged, confidential, and exempt from disclosure under applicable law. This communication also may include content that was not originally generated by the firm. If you are not the intended recipient, any use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete it from all computers on which it may be stored. In addition, if you are not currently a client of the firm, this communication is not to be construed as establishing an attorney- client relationship.