

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/14/20____

April 14, 2020

<u>VIA ECF</u>

Honorable Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMORANDUM ENDORSED

Re:   <u>Morgan v. JA Apparel Corp., Case No. 1:19-cv-10303-GHW</u>

Dear Judge Woods:

The undersigned represents Plaintiff Jon R. Morgan ("Plaintiff") in connection with the above-referenced matter. Plaintiff writes with respect to Your Honor's April 14, 2020 Memo Endorsement (the "Order") (Dkt. No. 21). The Order scheduled a conference call for the parties to be held on April 15, 2020 at 2:30 pm. The undersigned will be observing the last days of Passover, beginning tonight and until Thursday evening, April 16, 2020. Thus, the undersigned is requesting a brief adjournment of the scheduled conference call to another date convenient for the Court.

Respectfully submitted,

*/s/Jonathan Shalom*
Jonathan Shalom
SHALOM LAW, PLLC.
105-13 Metropolitan Avenue
Forest Hills, NY 11375
(718) 971-9474
Jshalom@JonathanShalomlaw.com
**ATTORNEYS FOR PLAINTIFF**

Application granted. The teleconference scheduled for
April 15, 2020 is adjourned to April 17, 2020 at 4:00 p.m.
SO ORDERED.

Dated: April 14, 2020     _____
                          GREGORY H. WOODS
                          United States District Judge