USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JON R. MORGAN, on behalf of himself and      :
all others similarly situated,               :
                                             :
                        Plaintiff,   :    1:19-cv-10303-GHW
        -v-                          :
                                             :    ORDER
JAWHP, LLC,                                  :
                                             :
                       Defendant.   :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      The initial pretrial conference scheduled for May 26, 2020 at 2:00 p.m. will be held via conference call. The parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19, available on the Court's website, and are specifically directed to comply with Emergency Rule 2(C). Plaintiff is directed to serve a copy of this order on Defendant and to file proof of such service.

      SO ORDERED.

Dated: April 29, 2020

                                                              GREGORY H. WOODS
                                                   United States District Judge