

Phone: (718) 971-9474| **Fax:** (718) 865-0943| **Email:** Jshalom@JonathanShalomLaw.com
**Office:** 105-13 Metropolitan Avenue Forest Hills, New York 11375

May 19, 2020

**VIA ECF**
Honorable Judge Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/20

**MEMORANDUM ENDORSED**

Re:   Jon R. Morgan v. JAWHP, LLC.; Case No. 1:19-cv-10303-GHW

Dear Judge Woods,

As this Court may already be aware, the undersigned represents Plaintiff Jon R. Morgan (hereinafter "Plaintiff") in this matter, which involves claims asserted under Title III of the ADA, 42 U.S.C. § 12181.

The Initial Telephonic Conference for this matter is set for Tuesday, May 26, 2020, at 2:00 pm. It is now May 19, 2020, Plaintiff has served Defendant with its First Amended Complaint, Summons and the Initial Conference Order dated April 30, 2020 (Dkt No. 36) on May 13, 2020. Defendant's current responsive pleading deadline is June 3, 2020. Defendant has yet to have counsel appear in this case.

In light of the above, the undersigned requests that the upcoming Initial Telephonic Conference be adjourned an additional 30 days or any other date convenient for the Court. This is the first request for an adjournment.

Thank you for your time and consideration of the above request.

Respectfully submitted,

/s/*Jonathan Shalom*
Jonathan Shalom, Esq.

Application granted.  The initial pretrial conference scheduled for May 26, 2020 is adjourned to June 25, 2020 at 3:30 p.m.  The joint status letter and proposed case management plan described in the Court's November 8, 2020 order are due no later than June 18, 2020.
SO ORDERED.

Dated:  May 19, 2020

_____
GREGORY H. WOODS
United States District Judge